UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　**CONSENT TO PROCEED BY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**VIDEO OR TELE CONFERENCE**
　　　　-against-

Kayf Devaughn　　　　　　　　　　　　　　　　　7:21-cr- 308
　　　　　　　　Defendant(s).
-----------------------------------------------------------X

Defendant Kayf Devaughn hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐　　Initial Appearance Before a Judicial Officer

☒　　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐　　Guilty Plea/Change of Plea Hearing

☐　　Bail/Detention Hearing

☐　　Conference Before a Judicial Officer - Assignment of Counsel


/s/ Kayf Devaughn　　　　　　　　　　　　　　Lorraine Belostock
_____　　　　　　　　_____
Defendant's Signature　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Kayf Devaughn**　　　　　　　　　　　　　　**Lorraine Belostock, Esq.**

_____　　　　　　　　_____
Print Defendant's Name　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

6/3/21
_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge