UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                Plaintiff,                   **MEMORANDUM**

      -against-                                          7:21-cr-308-NSR

Kayf Devaughn

                              Defendant.
-------------------------------------------------------------x

TO:  <u>Hon., United States District Judge:</u>

      Please find attached a transcript of the 4/13/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: May 31, 2022
        White Plains, New York

                                              Respectfully Submitted,

                                              s/ Paul E. Davison

                                              _____
                                              PAUL E. DAVISON
                                              United States Magistrate Judge